# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:09-CR-0500-RLH-LRL |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| FERMIN TRUJILLO-ROMERO, ) | |
| ) | |
| Defendant. ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#18, filed February 11, 2010), entered by the Honorable Lawrence R. Leavitt regarding Defendant's Motion to Dismiss Based on a Prior Unlawful Deportation (#13). No objection was filed to Magistrate Judge Leavitt's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#18, entered February 11, 2010) is ACCEPTED and ADOPTED.

Dated:   March 5, 2010

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**